IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

**GUY COREY HOLLOWAY**                                                 **PLAINTIFF**

**v.**                                                   **CIVIL ACTION NO.: 1:22-cv-094-JMV**

**COMMISSIONER OF SOCIAL SECURITY**                           **DEFENDANT**

## ORDER GRANTING PLAINTIFF'S MOTION TO DISMISS

Before the court is Plaintiff's Motion to Dismiss [13] seeking a dismissal without prejudice of his appeal of a denial of disability benefits. The court, having conferred with the parties, notes that Defendant does not oppose the requested dismissal and concludes that the motion is well-taken, and it is therefore GRANTED. As such, this cause is dismissed without prejudice.

**SO ORDERED** this 6th day of December, 2022.

                                                /s/ Jane M. Virden
                                                UNITED STATES MAGISTRATE JUDGE